# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12518

_____

PRIME PROPERTY AND CASUALTY INSURANCE COMPANY,
a foreign corporation,

    Plaintiff-Counter Defendant-Appellant-Cross Appellee,

*versus*

KEPALI GROUP, INC.,
YORDANI OLIVA RODRIGUEZ,

    Defendants-Counter Claimants-Cross Claimants-
Appellees-Cross Appellant,

JACQUELINE RONEY,
JACKERLINE ROSE RONEY,

    Defendants-Appellees,

| 2 | Order of the Court | 23-12518 |

BROWN & BROWN OF FLORIDA, INC.,
NORMAN L. MORRIS,

                        Counter Defendants-Cross Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:21-cv-81787-WPD

_____

Before BRANCH and ABUDU, Circuit Judges.

BY THE COURT:

    Appellant-Cross Appellee's "Motion to Relinquish Jurisdiction and Stay Appeal" is DENIED AS UNNECESSARY. *See* Fed. R. App. P. 4(a)(4).